UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MAUREEN M. MCDERMOTT, | Case No. 11-CV-2409 (PJS/AJB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Neut L. Strandemo, STRANDEMO, SHERIDAN & DULAS, P.A., for plaintiff.

David W. Fuller, UNITED STATES ATTORNEY'S OFFICE, for defendant.

This matter is before the Court on plaintiff Maureen McDermott's objection to the June 13, 2012 Report and Recommendation ("R&R") of Chief Magistrate Judge Arthur J. Boylan. Judge Boylan recommends granting the Commissioner's motion for summary judgment and denying McDermott's motion for summary judgment. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts Judge Boylan's thorough and careful R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court ADOPTS the R&R [Docket No. 18]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for summary judgment [Docket No. 10] is DENIED.

2. Defendant's motion for summary judgment [Docket No. 15] is GRANTED.

3.     Plaintiff's complaint [Docket No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 3, 2012                              s/Patrick J. Schiltz
                                                   Patrick J. Schiltz
                                                   United States District Judge